# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RBC BANK (USA), | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION 09-0570-WS-N |
| | ) |
| LYNN E. FOWLER, | ) |
| | ) |
|     Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Court's order of January 28, 2010, the plaintiff shall have and recover from the defendant Lynn E. Fowler the sum of $245,283.52, said sum to accrue post-judgment interest as provided in 28 U.S.C. § 1961. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of plaintiff United States of America and against defendant Lynn E. Fowler.

DONE this 28th day of January, 2010.

                                                       s/ WILLIAM H. STEELE
                                                       UNITED STATES DISTRICT JUDGE